SC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CV 17-00174-TUC-JGZ (EJM) |
| Plaintiff, | CR 16-01663-TUC-JGZ |
| v. | **ORDER** |
| Richard Corrie Beals, | |
| Defendant/Movant. | |

Movant Richard Corrie Beals, who is confined in the Florence Correctional Center in Florence, Arizona, has filed a pro se "§ 2255 Motion Release from Custody," which the Clerk of Court filed as a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("Motion").  The Court will summarily deny the Motion.

Movant was convicted by a jury of two counts of transmitting a communication containing a threat to kidnap or injure, in violation of 18 U.S.C. § 875(c).  Sentencing is scheduled for June 27, 2017.  Section 2255 provides that "a prisoner in custody *under sentence* of a court established by Act of Congress" may move in the sentencing court to vacate, set aside or correct the sentence on grounds that "[t]he sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack."  28 U.S.C. § 2255(a) (Emphasis added).  Movant has not been sentenced and, therefore, his § 2255 Motion is

1   premature.  The Motion will be denied.

2   **IT IS ORDERED:**

3     (1) The Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct

4   Sentence by a Person in Federal Custody (Doc. 189 in CR 16-01663-TUC-JGZ) is

5   **denied** and the civil action opened in connection with this Motion (CV 17-00174-TUC-

6   JGZ (EJM)) is **dismissed without prejudice**.  The Clerk of Court must enter judgment

7   accordingly.

8     (2) Pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, in the

9   event Movant files an appeal, the Court declines to issue a certificate of appealability

10   because reasonable jurists would not find the Court's procedural ruling debatable.  *See*

11   *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

12     Dated this 20th day of April, 2017.

13

14

15              Honorable Jennifer G. Zipps

16              United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28